

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00411-CV

**JUNCTION ECONOMIC DEVELOPMENT CORPORATION**,
Appellant

v.

Dale **JOHNSON**,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. DCV-2016-1632
Honorable Robert Hofmann, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellee Dale Johnson recover his costs of this appeal, if any, from appellant Junction Economic Development Corporation.

SIGNED August 2, 2017.

_____
Marialyn Barnard, Justice